UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 1 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FERNANDO GOMEZ RUIZ; et al.,

Plaintiffs - Appellees,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.,

Defendants - Appellants,

v.

CORECIVIC, INC.,

Movant - Appellee.

No. 26-2302

D.C. No.
3:25-cv-09757-MMC
Northern District of California,
San Francisco

ORDER

Proceedings in this appeal are stayed pending appellants' determination whether to pursue the appeal. Within 7 days after such a determination, appellants should file a motion for appropriate relief.

The motion (Docket Entry No. 18) for an extension of time to file the opening brief is denied as moot.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT